# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALBERTO GARCIA, individually and as class representative,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | Case No. EDCV13-0616 JGB (SPx)<br><br>DISCOVERY MATTER<br><br>**PROTECTIVE ORDER RE DISCOVERY PRODUCED BY DEFENDANT COUNTY OF LOS ANGELES (SUPPLEMENTAL)**<br><br>DCO: 8/18/17<br>PTC: 11/6/17<br>Trial: 12/5/17 |

Pursuant to the parties' Supplemental Stipulation for Protective Order re: Discovery Produced by Defendant County of Los Angeles, and the good cause appearing therein, the Court orders as follows:

The following items should be produced subject to the terms of the Protective Order in this case, Document 85, filed 2/23/17 (with the exception that this AJIS DATA will be specifically produced to plaintiff):

1. AJIS DATA (the booking number, incarceration date, release date, and release code) for all prisoners released from the custody of the Los Angeles County Sheriff's

Department at any time from January 1, 2010, through the present, where the release codes were "WDEF," "ORDS" or "DISM." The AJIS DATA should be produced as a Microsoft Excel file on either a DVD or CD-ROM.

Defendant County of Los Angeles shall have two weeks from the date this Order is entered, to produce to Plaintiff the above-listed data.

DATED: July 12, 2017  _____
Honorable Sheri Pym
U.S. Magistrate Judge